United States District Court
District of Massachusetts

| | |
|---|---|
| Warren Richard Griswold   et,al.<br>    Plaintiff | ) ) ) |
| United States of America<br>    Plaintiff | ) ) ) |
| United Arab Republic of Iraq<br>    Plaintiff | ) ) ) |
| Vs | ) ) |
| Saddam Hussein   Et,al.<br>    Defendant | ) ) ) |
| Osama Bin Laden<br>    Defendant | ) ) ) |
| Michael Newdow<br>    Defendant | ) ) |

Civil Action No No. _____

(1).

United States District Court
District of Massachusetts

Parties

(1). The First Plaintiff is Warren Richard Griswold, the son of Richard Warren Griswold, a Veteran of six years of service to the United States Army, and of Josephine Anne Cassey Griswold, An Alumni of Suffolk University(class of 1978) and an Alumni of Emerson College(Masters received 1983), the First Plaint is a resident of Boston, Suffolk County and a citizen of the United States of America.

(2). The Second Plaintiff is The United States of America, A Sovereign Nation responcible for Free Ar States Around the world, and a member of the United Nations(co-founder).

(3). The Third Plaintiff is the Newly Established United Arab Republic of Iraq, created under the Authority of Allah, The God of Abraham, The God of Jacob, The God of Jethro(The Shiek of Medion) and
   The God of Muhammed, A Nation under Allah, with equallity for all Kurds, Sunites and Shi'Ites,
   by the Authority of Allah it is now done.

(4). The First Defendant is Saddam Hussein, the Arabian Nazi, a Dictator of Imperial Iraq for years,
   an inmate in the United States Federal Prison System, a resident of Tirkit Iraq, and a citizen of Imperi
   Iraq.

(5). The Second Defendant is Osama Bin Laden, a tyranical ruler of the Taliban of Afghanistan, lead of the Pirate Organization Al-Queda, Residentcy or whereabouts unknown, and a citizen of the Peoples Democratic Republic of Yemen.

(6). The Third Defendant is Michael Newdow, a Leader in the American Front against God (Allah, Jehova, El Shadia, Yahwai, The God of Abrham, The God of Jacob, The God of Jethro (the Sshiek of Medion The God of Muhammed, A resident of Washington State and a citizen of the United States of America.

(2).

United States District Court
District of Massachusetts

Jurisdiction

(7). This Honorable Court has Terrorists and Terrorism Jurisdiction over this matter pursuant to United States Code 18 Sec,2332f et,seq.

(8). This Honorable Court has District Court Jurisdiction over this matter Pursuant to United States Co[de] 28 sec, 1331 et,seq.

(9). This Honorable Court has Action to compel an officer of the United States to do his/her duty Jurisdiction over this matter pursuant to United States Code 28 sec 1361 et,seq.

(3).

United States District Court
District of Massachusetts

Statement of facts

Criminal Complaint

(10).Under an Oath signed and sworn in on the summer of 1983, I Warren Richard Griswold (Muhammed Moses) am sworn to defend the United States from all enemys foreign or domestic.

(11).On September 11th 2001 that Oath became active again do to the attack on civilians at the World Trade Center and onboard U.S. aircraft and on Military Personel at the pentagon.

(12).Saddam Hussein did Authorize the attack on September 11th 2001 via Major Fafard Iiyiia, a soldier in the Iraqy Republican guard.

(13).Major Fafard Iiyiia did research the World Trade Center under the watchful eyes of Private Warren Richard Griswold via the world book encyclopedias at Gardner, North ,Central, Correctional, Institution, in 1994.

(14).Major Fafard Iiyiia did research the Pentagon under the watchful eyes of Private Warren Richard Griswold via the world book encyclopedias at Gardner, North, Central, Correctional, Institution in 1994.

(15).Major Fafard Iiyiia did research the Anthrax virus under the watchful eyes of Private Warren Richard Griswold via the world book encyclopedias at Gardner, North ,Central , Correctional, Institution, in 1994.

(16).Major Fafard Iiyiia can be Identified by the following inmates James Wilcox w50705 Peter Melboulf and Dana Daggett of Gardner, North ,Central,Correctional,Institution,.

(17).Major Fafard Iiyiia can be Identified by the following Massachusetts State Police Officers, Office Pamela Cheves and Sergeant Stan Tyr of Gardner, North , Central, Correctional, Institution,.

(4).

United States District Court
District of Massachusetts

Statement of Facts

(18). Osama Bin Laden a Tyrannical ruler of the Taliban did authorize the attack on September 11th 2001, of the World Trade Center, The Pentagon and the Assasination of President George Bush on Air Force One via a midair Collision.

(19). Osama Bin Laden is in a Conspiracy with Saddam Hussein to bring down the United States of America.

(20). Major Fafard Iiyiia is the missing link between Saddam Hussein and Osama Bin Laden.

(21). Michael Newdow is Attacking the fiber of all american life as is Saddam Hussein and Osama Bin Laden are attacking the fiber of american life.

(22). Michael Newdow is removing the social keystone of american sociaty by removing God out of th pleadge of allegiance, which has stopped the pleadge of allegiance in some or all public schools, as would Osama Bin Laden and Saddam Hussein.

(23). This act is in violation of United States Code 18 sec,2332f et,seq and the Plaintiffs are entitled to relief.

(24). wherefore the Plaintiffs demand justice from the Defendants or as this Court deems just.

(5).

United States District Court
District of Massachusetts

Acts of Allah

(25).By the Authority of Allah the God of Abraham, God of Jacob, God of Jethro, God of Muhammed will bring forth the following events to end this unauthorized actions by Saddam Hussein, Osama Bin Laden, and Michael Newdow.

(A).Islamic Passover will begin with all insurgents being killed by a Fog going all over the United Ara Republic of Iraq.

(B).Osama Bin Laden and all Al Queda Personnel will be captured alive by the 300 million angelic arr of Allah, and be placed 300 feet below sea level for 90 days.

(C).The United Arab Republic of Iraq will be occupied by this 300 million angelic army of Allah, to support Allied forces already their.

(D).The Country of Afghanistan will also be occupied by this 300 million angelic army of Allah, to support allied forces already their.

(E).The Fog will then leave The United Arab Republic of Iraq to go worldwide to kill all Terrorist worldwide.

(F).75% of all American. Civil. Liberty> Union. members will be injured in all types of accidents, this the first Athist Pleage to inflict the Athist, R. C. P. membership and all R. C. P. members will be injured in al types of accidents.

(G).Michael Newdow must leave God Alone and let Christians and Muslums alone or bring another pleage.

(6).

United States District Court
District of Massachusetts

Actions of Allah

(H). An Asteroid is on course for Earth, it will pass between the moon and Earth to become Little asteroids, that will hit citys and towns all over the middleast because of September 11th 2001, and will hit all citys and towns all over the United States if Judge Moores Ten Commandments are removed from the rotundr of the Alabama Supreme Court.

(I). Montana Fanning, Karle Warren, Mackenzie Rosman, Marcy Curthird, Samantha b Walters, Genevere Farrell, Madeline Sweetin, and Alexa Vega must perform 12 deeds in order to set an example of Allahs Grace toward the world, if these young ladys fail the price to pay will be a high price.

(J). Allah exspects the Islamic world to Right itself, but a price must be paid because of the breaking of Allahs plan for islamic economic security for all the Islamic Countries.

This Document is signed under the pains and penaltys of purjury this seventh d of May, 2004 by Warren Richard Griswold (Muhammed Moses)

Respectfully Submitted
Warren Richard Griswold Pro-Se
17 Court Street
Boston, Ma. 02108

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | V.S. | | FOR | | |
| | | | AT | | |

| PERSON REPRESENTED (Show your full name) | | 1 ☐ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator | DOCKET NUMBERS<br>Magistrate<br><br>District Court |
|---|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check box →) | ☐ Felony<br>☐ Misdemeanor | 6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | Court of Appeals |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED     SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
VALUE     DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

# United States District Court

_____ DISTRICT OF _____

PLAINTIFF

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CASE NUMBER:

V. THIRD PARTY DEFENDANT

TO: *(Name and address of Third Party defendant)*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*   |   DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK    DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
| --- | --- |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |

**U.S. COURT OF APPEALS            TRANSCRIPT ORDER FORM**
USE AFTER NOTICE OF APPEAL IS FILED

District Court _____          District Court Docket Number _____

**Part I.**

A. Complete one of the following:

    ___ Transcript is unnecessary for appeal purposes;
    ___ Transcript is already on file in Clerk's office;
    ___ By this form, signed by the Court Reporter, I order a transcript of the following proceedings in the above case (include name of witness, date of proceedings, type of hearing) —NOTE: voir dire, closing arguments and sentencing are not prepared unless specifically requested. Separate forms must be completed by <u>each</u> court reporter involved.

Case Style _____ (Appellant)
                                             vs.
           _____ (Appellee)

(attach extra sheet if necessary)

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment is by:

    [ ] Criminal Justice Act (Attach copy of CJA Form 24)
    [ ] Private Funds

SIGNED _____ COUNSEL FOR _____
              (Name)

ADDRESS _____ TELEPHONE _____

THE COURT REPORTER'S SIGNATURE IN PART II COMPLETES THE TRANSCRIPT ORDER.

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and sent by the Court Reporter to the Court of Appeals on the date of signature.)

| Date order received | Estimated completion date | Estimated number pages |
|---|---|---|
|  |  |  |

This is to certify that satisfactory financial arrangements have been completed with appellant for payment of the cost of the transcript.

_____       _____
     (Date)                 (Signature of Ct. Reporter)

TELEPHONE: _____

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. The court reporter must send copies of this notification to the Court of Appeals, the appellant and the appellee on the same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the District Court today.

_____       _____
     (Date)                 (Signature of Ct. Reporter)

Copy 1 — Court Reporter's Copy

Form CA-1-10 (Rev. 7/99)

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: _____ | 10. REPRESENTATION TYPE<br>*(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Telephone Number:

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

13. COURT ORDER
☐ O Appointing Counsel          ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Atty.
☐ P Subs For Panel Attorney     ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other *(See Instructions)*

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____      _____
Date of Order         Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| In Court d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $ _____ ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| Out of Court c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $ _____ ) TOTALS: | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____   TO: _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO   If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____      Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

# United States District Court

_____ DISTRICT OF _____

_____

**V.**

_____

**BILL OF COSTS**

Case Number: _____

Judgment having been entered in the above entitled action on _____ against _____,
                                                                  Date
the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................. $ _____

Fees for service of summons and subpoena ............................................. _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... _____

Fees and disbursements for printing .................................................. _____

Fees for witnesses (itemize on reverse side) .......................................... _____

Fees for exemplification and copies of papers necessarily obtained for use in the case .................... _____

Docket fees under 28 U.S.C. 1923 ................................................... _____

Costs as shown on Mandate of Court of Appeals ....................................... _____

Compensation of court-appointed experts ............................................. _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............ _____

Other costs (please itemize) ......................................................... _____

TOTAL $ _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

_____

Signature of Attorney: _____

Name of Attorney: _____

For: _____   Date: _____
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____  By: _____  _____
Clerk of Court          Deputy Clerk                 Date

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy