UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARREN RICHARD GRISWOLD,
    Plaintiff,

Civil Action No. 04-10928-MEL

v.

SADDAM HUSSEIN, et al.,
    Defendants.

## ORDER OF DISMISSAL

LASKER, D.J.

In accordance with this Court's order dated May 24, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date May 25, 2004

(noticeofdismissal.wpd - 12/98)                                                                                        [odism.]